Case 3:21-cv-00106   Document 9   Filed on 09/09/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PAUL HOUSTON LAVALLE, <br> *In His Individual Capacity as a Pro Se Plaintiff and as a Proposed Representative of a Class Composed of Similarly Situated Attorneys as Well as Their Clients Who Are the True Parties in Interest Herein* <br><br> V. <br><br> SEANA WILLING <br> *In Her Official Capacity as the Chief Disciplinary Counsel for the State Bar of Texas* | § § § § § § § § § § § § § § | Civil Action No. ~~3:06-cv-00621~~ MLC <br> 3:21-cv-00106 <br><br><br><br><br><br> JURY TRIAL DEMANDED |

ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL

On this day, the Court took up Plaintiff's Unopposed Motion for Dismissal and the Motion appears to be well taken.

THEREFORE, IT IS ORDERED the instant case is DISMISSED with prejudice and removed from the Court's active docket.

SIGNED on Galveston Island, Texas on ___September 9th___, 2021.

_____
PRESIDING JUDGE

APPROVED:

/s/ Paul H. LaValle
Paul H. LaValle
P.O. Box 3073
Texas City, Texas 77592-3073
Cell No. (832) 573-3465
E-Mail: apache5@aol.com
PLAINTIFF PRO SE